IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IRENE ALINA MICHELL,<br><br>Defendant. | Cause No. CR 03-105-GF-BMM<br><br>ORDER DENYING MOTION<br>TO REDUCE SENTENCE |

On November 10, 2016, Defendant Michell, a federal prisoner proceeding pro se, moved the Court to reduce her sentence under 18 U.S.C. § 3582(c)(2) and Amendment 794 to the United States Sentencing Guidelines. Mot. (Doc. 122). On November 16, 2016, the motion was denied. Order (Doc. 123).

On December 5, 2016, Michell filed another motion asking the Court to reduce her sentence under 18 U.S.C. § 3582(c)(2) and Amendment 794. For the reasons stated in the Order of November 16, 2016, the motion is again denied.

It is possible that Michell intended to file her motion in Cause No. CR *13*-105-GF-BMM, but she did not. Even if she did, however, the outcome is not likely to be different.

Accordingly, IT IS HEREBY ORDERED that Michell's second motion to

reduce the sentence (Doc. 124) is DENIED.

DATED this 14th day of December, 2016.

_____

Brian Morris
United States District Court Judge